CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/21/2022

JULIA C. DUDLEY, CLERK
BY:   s/ A. Little
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

WILLIAM DAVID HATCHER,

                 *Plaintiff,*

       v.

HIGGINS ELECTRIC, INC. OF DOTHAN
AND JAMES HAGANS,

                *Defendants.*

CASE NO. 6:21-cv-00020

ORDER

JUDGE NORMAN K. MOON

Defendant James Hagans' motion to dismiss, Dkt. 24, is **DENIED** in accordance with the Memorandum Opinion accompanying this Order.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a copy of this Order to the parties.

ENTERED this __21st__ day of March 2022.


_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE