CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/21/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| WILLIAM DAVID HATCHER, | |
| *Plaintiff,* | CASE NO. 6:21-cv-00020 |
| v. | ORDER |
| HIGGINS ELECTRIC, INC. OF DOTHAN AND JAMES HAGANS, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

Defendant James Hagans' motion to dismiss, Dkt. 32, is **TERMINATED** as moot in accordance with the Memorandum Opinion accompanying this Order.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a copy of this Order to the parties.

ENTERED this __21st__ day of March 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE